IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:06-CV-1-D(3)

**FILED**

APR 2 8 2006

US DISTRICT COURT, EDNC
BY_____ CLERK
DEP. CLK

|  |  |  |
|---|---|---|
| KROY BUILDING PRODUCTIONS, INC. | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL** |
| vs. | ) | **(FED.R.CIV.P. 41(A)(1))** |
| | ) | **WITHOUT PREJUDICE** |
| VEKA, INC., a Pennsylvania Corporation, | ) | |
| and JOHN DOES 1-100 | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, KROY BUILDING PRODUCTIONS, INC., a Delaware Corporation,

by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby

dismisses this action without prejudice.

Dated this 28th day of April, 2006.

HUNTON & WILLIAMS LLP

by: _____
Douglas W. Kenyon
N.C. State Bar No. 13242
Steven B. Epstein
N.C. State Bar No. 17396
One Bank of America Plaza
421 Fayetteville Street Mall, #1400
Raleigh, N.C. 27601
Telephone: 919.899.3000
Fax: 919.833.6352
E-mail: dkenyon@hunton.com
LR 83.1 Counsel
*Attorneys for Plaintiff*

CLAYTON HOWARTH & CANNON
Karl R. Cannon
Utah State Bar No.: 6508
P.O. Box 1909
Sandy, UT 84091
Phone: 801.255.5335
Fax: 801.255.5338
E-mail: kcannon@chcpat.com
*Attorneys for Plaintiff*